1    The Honorable Alan A. McDonald

2

3    Vickie K. Norris
     Anderson Hunter Law Firm, P.S.
4    2707 Colby Ave., Ste 1001
     Everett, WA  98201
5    Ph:  (425) 252-5161
     Attorneys for Defendant
6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF WASHINGTON

9

10

11   CRICKET HAMILTON,              )
                                    )        NO.    CV-04-352-AAM
           Plaintiff,               )
12                                  )        ORDER OF DISMISSAL
           v.                       )
13                                  )
     CASCADE MEDICAL CENTER,        )
14   Chelan County Public Health    )
     District No. 1,                )
15                                  )
           Defendant.               )
16
           THIS MATTER having come on regularly upon the above stipulation by the parties, and the
17
     court being fully advised in the premises, NOW, THEREFORE,
18
           IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is hereby
19
     dismissed, with prejudice and without costs.
20
           DATED this  7th  day of  July, 2005.
21

22

23
                                              s/ Alan A. McDonald
24                                           ALAN A. McDONALD
                                             SENIOR UNITED STATES DISTRICT JUDGE
25

26

27

28

                                          Page -1-